# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MILWAUKEE ELECTRIC TOOL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>A CUSTOM MADE CLOTHING, et al.,<br><br>Defendants. | **FILED UNDER SEAL**<br><br>Civil Action No. 25-CV-6945-TWT |

## AFFIDAVIT OF SERVICE

I, David M. Lilenfeld, declare as follows:

1. I am an attorney at law, duly admitted to practice before this Court. I am one of the attorneys for Milwaukee Electric Tool Corporation ("Plaintiff"). I am more than eighteen years old and am otherwise competent to give this testimony. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I would testify as follows.

2. The Marketplaces effectuated the requests in the Temporary Restraining Order and provided accurate e-mail information by January 6, 2026, for each Defendant listed in Schedule A to the Complaint.

3. As authorized by this Court in granting Plaintiff's Motion for Authorization to Serve Process on Defendants by Electronic Means Pursuant to Rule

4(f)(3) of the Federal Rules of Civil Procedure, all Defendants were served by electronic mail to the e-mail addresses provided by the e-commerce platforms providing services for Defendants ("Marketplaces").

4. On January 6, 2026, all Defendants were served by electronic mail to the e-mail addresses provided by the Marketplaces, which is a method of service reasonably calculated to provide notice of this lawsuit to Defendants, in accordance with the TRO.

5. Such service included copies of the Complaint [Dkt. 1], Summonses, and Temporary Restraining Order, along with notice that the Court set the hearing on Plaintiff's Motion for Preliminary Injunction at 75 Ted Turner Drive SW, Atlanta, Georgia 30303, Courtroom 2108 on January 22, 2026 at 2:00 PM. Plaintiff will share any updates to hearing times with Defendants promptly.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of January, 2026 at Atlanta, Georgia.

*David M. Lilenfeld*
David M. Lilenfeld