# EXHIBIT H





Order creation time：2025-04-24 06:10:28



Order creation time：2025-04-14 20:22:29









Order creation time：2025-04-30 22：12:35



Order creation time：2025-04-29 21:44:16