# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:25-cv-06945-TWT
### Milwaukee Electric Tool Corporation v. A Custom made clothing et al
### Honorable Thomas W. Thrash, Jr.

Minute Sheet for proceedings held In Open Court on 01/22/2026.

TIME COURT COMMENCED: 2:05 P.M.
TIME COURT CONCLUDED: 2:35 P.M.
TIME IN COURT: 00:30
OFFICE LOCATION: Atlanta

COURT REPORTER: Diane Peede
CSO/DUSM: 1 CSO
DEPUTY CLERK: Jordyn Holder

**ATTORNEY(S) PRESENT:**
Abena Abayomi-Rogers representing ATcuji Direct
Abena Abayomi-Rogers representing Gdreamer
Abena Abayomi-Rogers representing Grabigo
Abena Abayomi-Rogers representing HomiYD
Abena Abayomi-Rogers representing Local Best Goods
Abena Abayomi-Rogers representing Lunoko
Abena Abayomi-Rogers representing Skyon
Abena Abayomi-Rogers representing Thrivese
Abena Abayomi-Rogers representing Ultra Luck
Abena Abayomi-Rogers representing YL Picks
Abena Abayomi-Rogers representing YayCart
Abena Abayomi-Rogers representing YoYodss
Abena Abayomi-Rogers representing azonzpower
David Lilenfeld representing Milwaukee Electric Tool Corporation

**PROCEEDING CATEGORY:** Motion Hearing(PI or TRO Hearing-Evidentiary);

**MOTIONS RULED ON:** [23]Motion for Miscellaneous Relief GRANTED

**MINUTE TEXT:** The Court heard argument on the Plaintiff's request for Preliminary Injunction [Doc. 10] For the reasons stated on the record, the Court GRANTED IN PART AND DENIED in part the request. The request was denied as to Defendants Ultra Luck, YL Picks, YayCart, Lunoko, Grabigo, Local Best Goods, HomiYD, YoYodss, Thrivese, ATcuji Direct, Gdreamer, Skyon, azonzpower, and GRANTED as to all other remaining defendants. The Court GRANTED the [23] Motion to Dissolve Dissolve Temporary Restraining Order by ATcuji Direct, Gdreamer, Grabigo, HomiYD, Local Best Goods, Lunoko, Skyon, Thrivese, Ultra Luck, YL Picks, YayCart, YoYodss, azonzpower. Counsel for prevailing Defendants was directed to submit a proposed order summarizing the Court's findings.

HEARING STATUS:   Hearing Concluded