IN IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MILWAUKEE ELECTRIC TOOL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>A CUSTOM MADE CLOTHING, et al.,<br><br>Defendants. | Civil Action No. 25-cv-6945-TWT |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses without prejudice all causes of action in the Complaint against the following Defendants identified in Schedule A to the Complaint:

| Defendant Seller Name | DOE No. |
|---|---|
| AJSuper | 15 |
| Akkopower local | 16 |
| Alfdeco | 17 |
| alonwshop | 20 |
| Alphaxxcv | 21 |
| Anshengsshop Winter | 23 |
| aohongshop | 25 |
| AWorld Mkt | 35 |
| AXMHY | 36 |
| BAIjsetR | 39 |
| baizez | 40 |
| banglinle | 41 |
| BHJTK | 48 |

| | |
|---|---|
| BZEAK | 62 |
| CCM ONE | 64 |
| CCNYCYC | 65 |
| Chhub | 71 |
| chuanhaai YI | 74 |
| Chunyuehe | 75 |
| CPY shop | 89 |
| Crative | 93 |
| DIY HUIMaiBao | 104 |
| DSFIUNC | 111 |
| DSLSEVEN | 112 |
| DSLTHREE | 113 |
| DTYyYY | 114 |
| ESKUTE EBIKE | 124 |
| FableThre | 132 |
| FishTankr | 146 |
| Fitness La | 147 |
| Focussuce | 153 |
| Fornova | 156 |
| FSFSDFSDD | 159 |
| GlobalMartmiao | 171 |
| Glow Kids | 174 |
| GraceRadiance | 178 |
| GRTEHGF | 181 |
| Guanglint | 184 |
| GZLt | 189 |
| haosaileilei | 198 |
| Hard Wareey Tool | 203 |
| Havenyssb | 207 |
| HHQGSHOP | 217 |
| Industrialasm | 247 |
| JGQFOUR | 253 |
| JGQTWO | 254 |
| jhjgun | 255 |
| Jiesenshop September | 260 |
| JMXMBCDFUY | 264 |
| JRDTHREE | 267 |

| | |
|:---:|:---:|
| Juzihong Selection | 273 |
| KTLLK | 280 |
| LabWaresDirectLB | 282 |
| LEDUUA | 288 |
| little tropical rainforest local | 292 |
| LJIAMINGLLLM | 295 |
| Longhuabaodan | 300 |
| LOSCAA | 303 |
| LSPHDS | 304 |
| LUlirong | 305 |
| LZH market | 310 |
| Many commonly used tools | 316 |
| MechSupplyCoLB | 321 |
| MetalMold | 328 |
| MMAADD | 337 |
| Moderrvels | 338 |
| Neo Threadscape | 347 |
| NexusFindSSDS | 350 |
| ONEYEE DIY | 357 |
| ONEYEE Electric tools | 358 |
| ONEYEE SHOPPE | 359 |
| peixxi YI | 364 |
| PENNIPICKS | 365 |
| POP Echo | 374 |
| POPhoenix | 375 |
| QWDGTD | 395 |
| Remoter | 405 |
| Rtuemdddyyyz | 412 |
| Ruiory | 413 |
| RYSGHIYG | 414 |
| SC GOGOGO | 418 |
| shenziisha YI | 429 |
| shigaogao | 430 |
| songup | 442 |
| SweetTreatCornercc | 462 |
| TANTEEZER | 469 |
| TemThreads G | 482 |

| | |
|---|---|
| Tjdhxdddxmmm | 495 |
| Tjduuuxxxlll | 496 |
| Tool in Library | 503 |
| Tool of profiteer | 504 |
| toolpartsus | 505 |
| ToolVerve | 506 |
| TOOLXST | 507 |
| Top batteries | 508 |
| toppowertool | 510 |
| TREHKXIATUO | 515 |
| Trendghgh | 517 |
| twPower | 526 |
| UHBBDAJJ | 531 |
| uillPro | 532 |
| UnisonVibeee | 533 |
| UUPPCC | 540 |
| vanng | 541 |
| Vela Y | 542 |
| Velvethugl | 544 |
| VGEDDFF | 545 |
| Vieriry | 547 |
| Volt Essentials | 552 |
| vvicky | 556 |
| WAFFFF | 559 |
| wanng | 561 |
| WISHDEYU | 572 |
| WJFMAT | 573 |
| wpenbin | 578 |
| WRFUY | 579 |
| XHGYKX | 583 |
| XHXHGYKX | 584 |
| XIA XIA Pro | 585 |
| XIAOGYKX | 588 |
| Xingguangshop February | 593 |
| XIXIOIOI | 595 |
| A nan sticker shop | 600 |
| ABAIjsetR | 603 |

| | |
|---|---|
| Aeroetr | 606 |
| ambitijoy | 618 |
| Aurayug | 631 |
| AutoGraffi | 632 |
| AzureRay | 634 |
| bbdddwzxqs | 641 |
| BHZBAI | 644 |
| Bloom shopppp | 652 |
| BroCode Vibe | 656 |
| Candyjb | 661 |
| cefqg | 664 |
| Chenxinzhi | 668 |
| chuanhaai SAN | 672 |
| ClawCraft | 675 |
| Crazy discounts | 688 |
| DAHXFHHGJ | 692 |
| Ddfrefs January | 695 |
| DDZQ A | 697 |
| DE Apex Toolshop | 698 |
| Dreajm | 711 |
| DSLTWO | 716 |
| Easyjt | 718 |
| EchoElitewii | 719 |
| Eco Reign B | 720 |
| EternityTM | 725 |
| Fabrega | 729 |
| Fabuletta Home Y | 731 |
| Fabuletta S | 732 |
| Fascinaxi | 734 |
| FDQ B | 736 |
| Findjt | 738 |
| Flowsa | 747 |
| FreshStart Shop | 749 |
| GAISHENSHOP ER | 752 |
| Go To Home | 756 |
| gold bank warehouse | 757 |
| GZCDCBH | 767 |

| | |
|---|---|
| Haopity | 776 |
| Happy Snowman | 780 |
| HF Z | 785 |
| HFDDP | 786 |
| HFHFHYKX | 788 |
| HorizonHustle | 801 |
| HPGYKX | 804 |
| HTWL sticker | 808 |
| HuiMaiBao | 812 |
| InsulateRide | 820 |
| Isoldewynne | 822 |
| Jessicamei | 828 |
| JFTFOUR | 830 |
| JieQu YJIE | 833 |
| Jm Car sticker | 840 |
| JMXTWO | 841 |
| JUEJIE B | 844 |
| JueZhan YJIE | 845 |
| JY LYOY | 846 |
| Leaf Bite | 860 |
| Life is complete | 862 |
| LINYANGTEER ER SHOP | 871 |
| LuckySandy | 884 |
| LusterNiche | 890 |
| Mxdtuuuzzzqq | 909 |
| Nexusuuu | 913 |
| NovaaTech SI | 918 |
| NYYQ | 922 |
| oldroger | 924 |
| PlyEosy | 938 |
| Pulsecxfxv | 942 |
| QDWFRF | 943 |
| Quality Stickers | 950 |
| SANGKANG ER SHOP | 966 |
| SENLING SAN SHOP | 968 |
| shevchen | 972 |
| SHUDE YJIE | 977 |

| | |
|---|---|
| Simple items | 981 |
| SKPHome | 983 |
| STARLETASUBA | 992 |
| STARLETC | 993 |
| Sternfa | 995 |
| Sticker Yo | 996 |
| suyhan | 1001 |
| Swag Tees | 1002 |
| TrendBooB | 1031 |
| Trendy item K | 1032 |
| Trendy Mens Clothes | 1033 |
| treze | 1034 |
| Unityhgh | 1045 |
| Vervedxshd | 1050 |
| VerveOutdoor | 1051 |
| Very Cheerful Shop | 1052 |
| VesperNoir | 1053 |
| VibeEdgeyy | 1055 |
| VOGUULT | 1057 |
| VoltRide AutoTech | 1058 |
| Voyagexzxzc | 1059 |
| VVCustom | 1061 |
| WellDone Shop | 1068 |
| whmyb | 1073 |
| wmiau | 1075 |
| wuyibo | 1082 |
| WYY Funny Sticker | 1083 |
| Xpress Pro | 1094 |
| YaYaaaaa | 1109 |
| YEYANGTE SAN SHOP | 1113 |
| YF Battery Supermarket | 1114 |
| Yifei Toy | 1116 |
| yijinfacai | 1117 |
| YILINYISHOP | 1119 |
| YINGCHU YI SHOP | 1120 |
| YM funny sticker | 1122 |
| YoYo sticker | 1129 |

| | |
|---|---|
| ZHstefanie | 1167 |
| ZMLJY | 1172 |
| zzhehi | 1184 |
| ZZSSshanzhon | 1185 |
| ABazaar | 1191 |
| Aerojhdh | 1194 |
| AllBuildint | 1202 |
| Anshengsshop September | 1205 |
| Aurajj | 1210 |
| Aure Fashion | 1211 |
| AuroraATech ER | 1212 |
| beeixi ER | 1222 |
| Bloomdsdsdd | 1232 |
| CAIJIA SAN SHOP | 1241 |
| CarKit Depot | 1245 |
| carlights | 1246 |
| CHAOBAMAX | 1251 |
| chaqi | 1252 |
| Charge Supplies | 1253 |
| CrossGlobalGoodsMart | 1281 |
| danfengg | 1289 |
| DEWEIDDP | 1296 |
| DEWENTECH | 1297 |
| Dexinshengtai | 1298 |
| DINGYUANSHOP | 1299 |
| dvfpbxa | 1311 |
| Easy to use toolbox | 1314 |
| Echonisndw | 1315 |
| Elegantusw | 1320 |
| EmberCove | 1322 |
| Fishfood YI | 1344 |
| Foryoou | 1348 |
| Fuggi | 1352 |
| GERKDOL | 1360 |
| ggaogao | 1361 |
| Gswear | 1380 |
| GZCZBHY | 1383 |

| | |
|---|---|
| HaloShop SI | 1385 |
| HAOOOOODONG SAN SHOPPP | 1389 |
| Happy shoppg | 1392 |
| HappyCabin | 1394 |
| Harbor Goo | 1395 |
| Haven Coada | 1397 |
| HDFKLJS | 1398 |
| HEFAGYKXX | 1399 |
| HF ZHOU B | 1406 |
| HGERGA | 1408 |
| Home Assistanx | 1413 |
| Housemay | 1414 |
| huankaai SAN | 1415 |
| HUIYISAN SAN SHOP | 1417 |
| hundunChaos | 1418 |
| IUYGB | 1430 |
| JGQSDGJUFGVNR | 1433 |
| Jiuchuang Home article local | 1439 |
| JMXTHREE | 1442 |
| Joyfulll shop | 1445 |
| kaiizehua YI | 1449 |
| leleee | 1470 |
| LFXASHDG | 1473 |
| LFXFOUR | 1474 |
| Life Unlimited Department | 1477 |
| LinenNo | 1484 |
| Linkdhkkkc | 1485 |
| Little Leopard Retail | 1486 |
| LongH Style | 1498 |
| LSJsteR | 1499 |
| LuckyTop | 1501 |
| Luminarynihgs | 1503 |
| LZQAABB | 1510 |
| magnus | 1512 |
| MapleHue | 1516 |
| Mastemai | 1517 |
| meiidong SAN | 1519 |

| | |
|---|---|
| Melisandreth | 1520 |
| Mengga | 1521 |
| MossDeals | 1536 |
| MossyVine | 1537 |
| Moyuchen | 1538 |
| NaYiM | 1550 |
| NovaaTech aSHISAN | 1556 |
| NovaaTech aSHISIa | 1557 |
| NovaaTech WU | 1558 |
| Novajck | 1559 |
| ONEYEE LITHIUM TOOLS | 1566 |
| Powering Major | 1581 |
| PowerTech Pro | 1582 |
| profiteer us | 1584 |
| pureay | 1587 |
| QDWXHKJ | 1588 |
| Qilingshop December | 1589 |
| qqkjjjlvnr | 1590 |
| Radetrge | 1594 |
| RANKPOWERTECHS | 1596 |
| SC GK | 1603 |
| Selected BoutiqueA | 1604 |
| Sereneuhojl | 1605 |
| Shiteshop Spring | 1608 |
| shuaikk | 1611 |
| SHUFANSHOP | 1612 |
| shunshhi YI | 1613 |
| SmartPick Tools | 1620 |
| SparkSwift Auto Parts | 1625 |
| Starlight lyy | 1627 |
| stefanieTM | 1629 |
| Storage premium products | 1632 |
| Stormbrain | 1633 |
| Styleon | 1636 |
| TeeTales | 1647 |
| TemThreads A | 1648 |
| Tools for the cabin | 1661 |

| | |
|---|---|
| TOOLYOO | 1662 |
| U needs | 1680 |
| Unitydsdsfxx | 1683 |
| Vervejyt | 1688 |
| VerveTrail Gear | 1689 |
| VitalityJoy | 1690 |
| Wangdiadia | 1699 |
| WANGZAIBAODAN | 1700 |
| wanweishop February | 1701 |
| WispyTwill | 1708 |
| XLJYN | 1726 |
| XQZYSA | 1727 |
| xuangeng | 1728 |
| xuanthree Shop | 1732 |
| Yixun batteries | 1747 |
| YLstefanie | 1751 |
| yongxinshengshop | 1752 |
| yonqii SAN | 1753 |
| Yr Auto supplies | 1754 |
| Yxing Home article | 1763 |
| zcaimao | 1765 |
| Ztumedddcccf | 1777 |
| Zunyaoshop March | 1779 |
| Zunyaoshop October | 1780 |
| ZYDDPP | 1781 |

Each party shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

Dated: February 10, 2026          Respectfully submitted,

                                       */s/ Abby M. Neu*
                                       Abby M. Neu
                                       Georgia Bar No. 200207
                                       **WHITEWOOD LAW PLLC**
                                       5555 Glenridge Connector, Suite 200
                                       Atlanta, GA 30342
                                       Telephone: (872) 294-3263
                                       Email: aneu@whitewoodlaw.com

                                       *Counsel for Plaintiff*