# IN IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| MILWAUKEE ELECTRIC TOOL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>A CUSTOM MADE CLOTHING, et al.,<br><br>Defendants. | Civil Action No. 25-cv-6945-TWT |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses without prejudice all causes of action in the Complaint against the following Defendants identified in Schedule A to the Complaint:

| Defendant Seller Name | DOE No. |
|---|---|
| AIKEEC | 13 |
| Bliss hardware power tool | 52 |
| Draupnx | 108 |
| ElegantClosesShop | 123 |
| evVAokdd | 128 |
| HYG Energy | 239 |
| Jiesenshop Summer | 261 |
| joysstor | 266 |
| MonoTee Lab | 340 |
| PowerMaxion | 376 |
| PureCottonCo | 384 |
| Tool batter yyy | 502 |
| Vibe Revival | 546 |

| | |
|---|---|
| Wholesale battery | 568 |
| EverydayTee | 727 |
| Exx love | 728 |
| FUNNYY | 750 |
| Hammerherds | 772 |
| iSWyJWSy | 823 |
| Jinfei Preferred Selection | 834 |
| KETTKEL | 851 |
| MonStar Design | 903 |
| SHMMELZ vailetShop | 976 |
| TDDDD | 1007 |
| TeeAluxe | 1009 |
| TeeAPulse | 1011 |
| tingssop | 1021 |
| YUNYUNDUO | 1140 |
| Zunyaoshop Autumn | 1177 |
| A good shophome | 1186 |
| Aabcde | 1188 |
| BrightlyShin | 1236 |
| Caiyp | 1243 |
| Cosmic selection | 1273 |
| Ddfrefs December | 1292 |
| Good lucka | 1374 |
| High Quality Battery Accessories | 1409 |
| Jiesenshop December | 1436 |
| Jiesenshop May | 1437 |
| kangshunshop | 1451 |
| LONG FIT A | 1495 |
| LONG FIT C | 1496 |
| LONGFIT OUTLETS | 1497 |
| MaiGeRP | 1513 |
| MFeng Home Tools | 1524 |
| Mingdiushop Monday | 1526 |
| mingpushop | 1527 |
| MinimalTA | 1528 |
| MU FENG electric tool | 1541 |
| Singularity Fashion Studio | 1618 |

| | |
|:---:|:---:|
| SunnyTesCo | 1641 |
| Tesure | 1650 |
| ThreadAFable | 1654 |
| xiangpengshop | 1717 |
| xieshep | 1721 |
| Yingyeshop August | 1745 |
| yiyesshop October | 1749 |
| Yiyesshop Spring | 1750 |
| YSFan Global Optimal Selection | 1755 |

Each party shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

Dated: February 18, 2026          Respectfully submitted,

*/s/ Abby M. Neu*
Abby M. Neu
Georgia Bar No. 200207
**WHITEWOOD LAW PLLC**
5555 Glenridge Connector, Suite 200
Atlanta, GA 30342
Telephone: (872) 294-3263
Email: aneu@whitewoodlaw.com

*Counsel for Plaintiff*

3