## IN IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

MILWAUKEE ELECTRIC TOOL
CORPORATION,

        Plaintiff,

v.

A CUSTOM MADE CLOTHING, et al.,

        Defendants.

Civil Action No. 25-cv-6945-TWT

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses without prejudice all causes of action in the Complaint against the following Defendants identified in Schedule A to the Complaint:

| Defendant Seller Name | DOE No. |
| --- | --- |
| AutoenCuesta | 33 |
| BespokeTide | 47 |
| BIGGF | 50 |
| BloomLocal | 53 |
| Chiclus | 72 |
| CQEH | 90 |
| Craftloome | 92 |
| Essential w | 125 |
| F Fashion Forward | 131 |
| FashionwillG | 139 |
| FDXJ | 141 |
| Fixer Upper | 148 |
| Frontier Tshirt | 158 |

| | |
|---|---|
| Homenzo | 226 |
| Hottee | 229 |
| HPNZ | 230 |
| HTKX | 231 |
| Jaycershop | 249 |
| JULANG HOME B | 269 |
| kfupius Tools | 276 |
| MXKH | 342 |
| Orca E | 361 |
| P BLOCK | 363 |
| PLOH | 372 |
| POONBTT | 373 |
| PulseCross | 383 |
| PUYORONO | 385 |
| QDMStars | 386 |
| Qianzheng Tools | 388 |
| QYX GoodImpression | 396 |
| RackRealm | 398 |
| RBVF | 401 |
| RoastTim | 409 |
| SHAZHOU | 428 |
| TD EninPodTees Shop | 471 |
| TD HellinPod Tees | 472 |
| TeesChunDao | 480 |
| TH BinPodFeatTees | 485 |
| TL MyAllPodMin Tees | 498 |
| Trendyse | 520 |
| A talented person Tshirt R | 601 |
| AetherJoy | 608 |
| BattThree | 640 |
| Bryx Chlomp | 657 |
| Bufanfc | 659 |
| CLEVO SUNOD | 676 |
| COXYX | 686 |
| DPQX | 709 |
| DQB | 710 |
| FlowerBing | 746 |

| | |
|---|---|
| fzjiunuo | 751 |
| GlowGlide | 755 |
| Haventhreadd | 783 |
| Homelissora | 798 |
| Jake Strict selection | 826 |
| JdongpengJ | 827 |
| Laundro | 859 |
| LOVE Bests | 883 |
| Lumivine | 888 |
| MENOVA | 898 |
| Mingxin Cute | 900 |
| MXkkerr | 910 |
| Neon Drive Tees | 912 |
| PipeMasters Depot | 937 |
| Qsea | 949 |
| Quirky Closet | 952 |
| Richoux Fortunest Wealight Fen | 957 |
| Shadeer | 970 |
| SKORPHAN | 982 |
| sureing | 1000 |
| Taskidge | 1006 |
| THEXBEN | 1016 |
| today Nice | 1026 |
| Traillounge | 1029 |
| Veyluna Korvain | 1054 |
| Vryx Splont | 1060 |
| XMGGE | 1091 |
| YaoDongAA | 1108 |
| YunCangBB | 1137 |
| YunTeesSak | 1139 |
| ZDKSY | 1148 |
| ZhuoYueTue | 1169 |
| ZYHstars | 1182 |
| AffordableHub | 1195 |
| Alexandern | 1200 |
| AMWLM | 1203 |
| Buckaroo | 1239 |

| | |
|---|---|
| CC Knit Knot | 1248 |
| CJFFF ERO | 1270 |
| Desk Organized | 1295 |
| DKSWW | 1303 |
| DrillDynamo | 1307 |
| DUOYUANKEJI | 1310 |
| Fashion Pulse Clothing | 1333 |
| fzfuneng | 1354 |
| KNTV | 1462 |
| LeverAge Tools | 1472 |
| LivingSpace Studio | 1488 |
| Macho Mode | 1511 |
| Meow Baxiang | 1523 |
| ModaMania | 1531 |
| MOIled | 1534 |
| Mr wardrobe k | 1539 |
| Nice T SHIRT | 1553 |
| Peculiar Pines | 1573 |
| PPDSU | 1583 |
| SHuoo | 1614 |
| TrendThread cw | 1670 |
| UMIH | 1681 |
| UniversalHub | 1684 |
| W Boutique A | 1697 |
| Wanderer Mens Clothing | 1698 |
| WarmWharf | 1702 |
| XUCG | 1733 |
| YYEKEC | 1764 |
| Zephyranthes Floristry | 1767 |
| ZestZipMarket clothing | 1768 |

Each party shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

Dated: February 26, 2026                Respectfully submitted,

*/s/ Abby M. Neu*
Abby M. Neu
Georgia Bar No. 200207
David M. Lilenfeld
Georgia Bar No. 452399
**WHITEWOOD LAW PLLC**
5555 Glenridge Connector, Suite 200
Atlanta, GA 30342
Telephone: (872) 294-3263
Email: aneu@whitewoodlaw.com

*Counsel for Plaintiff*