IN IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| MILWAUKEE ELECTRIC TOOL CORPORATION, Plaintiff, v. A CUSTOM MADE CLOTHING, et al., Defendants. | Civil Action No. 25-cv-6945-TWT |
|---|---|

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses without prejudice all causes of action in the Complaint against the following Defendants identified in Schedule A to the Complaint:

| Defendant Seller Name | DOE No. |
|---|---|
| aufast | 31 |
| HARBOR FREIGHT TOOLS | 202 |
| HIDDY | 219 |
| STWL | 451 |
| Toohub | 501 |
| Velrumb | 543 |
| VoltShift | 554 |
| BANRUIa | 637 |
| Ccccool yy | 663 |
| DSAdapter | 715 |
| JIEJIELA | 832 |
| Livinrom | 873 |
| PT Expert | 941 |

| | |
|:---:|:---:|
| Wonsry | 1077 |
| chengningshop April | 1259 |
| ProPic | 1585 |
| TIMBIA | 1657 |
| URUNBattery | 1686 |
| yiyesshop May | 1748 |

Each party shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

Dated: March 13, 2026       Respectfully submitted,

*/s/ Abby M. Neu*
Abby M. Neu
Georgia Bar No. 200207
David M. Lilenfeld
Georgia Bar No. 452399
**WHITEWOOD LAW PLLC**
5555 Glenridge Connector, Suite 200
Atlanta, GA 30342
Telephone: (872) 294-3263
Email: aneu@whitewoodlaw.com

*Counsel for Plaintiff*